| | |
|---|---|
| 1 | MCGREGOR SCOTT<br>United States Attorney |
| 2 | MAUREEN E. DOWLING<br>Special Assistant U.S. Attorney |
| 3 | 412 TW/JA<br>1 South Rosamond Blvd. |
| 4 | Edwards AFB, California 93524<br>Phone: (661) 277-4316 / Fax: (661) 277-2887 |
| 5 | |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case Nos.: 5:18-po-00356 JLT, 5:18-po-00415 JLT
                                 )   Citation No. 7510458
                                 )                7510457
              Plaintiff,         )
                                 )   GOVERNMENT'S MOTION AND
                                 )   PROPOSED ORDER FOR DISMISSAL
v.                               )
                                 )
SEAN ALESAFAR,                   )
                                 )
              Defendant          )

The United States of America, by and through McGregor Scott, United States Attorney, and Maureen E. Dowling, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 7510458 against SEAN ALESAFAR without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: March 5, 2019

Respectfully Submitted,
McGregor Scott
United States Attorney

By: *[signature]*

Maureen E. Dowling
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 7510458 against SEAN ALESAFAR be dismissed without prejudice, in the interest of justice.

Dated: ___March 6___, 2019

*Jennifer L. Thurston*
HON. JENNIFER L. THURSTON
United States Magistrate Judge